■ PATRICK NICOLOSI et al., Appellants, v CAROLYN PULEO, Respondent. [609 NYS2d 855] —In an action to recover damages for malicious prosecution, the plaintiffs appeal from an order of the Supreme Court, Queens County (Rosenzweig, J.), dated November 8, 1991, which denied their motion for a default judgment.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Rosenzweig at the Supreme Court. Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.